UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Fairbanks, et al., | Court File No. 23-CV-02407 (JNE/DTS) |
| Plaintiffs, | |
| v. | **DEFENDANT'S L.R. 72.2 WORD COUNT CERTIFICATE OF COMPLIANCE** |
| Twisted Mechanical, LLC, | |
| Defendant. | |

I certify that this brief conforms to the requirements of LR 72.2 for a brief produced with a proportional font, including with the type-size limit of LR 72.2(c)(2). The brief complies with the word limit of LR 72.2(c)(1). The length of this brief is 758 words. This brief was prepared using Microsoft Word for Office 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations for word count purposes.

Dated: August 12, 2024

*s/ Bryan J. Morben*
Bryan J. Morben (#0396624)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street
Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
bmorben@fredlaw.com

***Attorneys for Defendant***

.