UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew Fairbanks, et al., | Case No. 23-cv-2407 (JNE/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Twisted Mechanical, LLC | |
| Defendant. | |

Counsel for Twisted Mechanical, LLC filed a Motion to Withdraw as Attorney without substitution (Dkt. No. 30) pursuant to Local Rule 83.7(c). An LLC, however, cannot represent itself, therefore, the Court will grant a short stay for Defendant to find new counsel.

**IT IS HEREBY ORDERED:**

1. The motion to withdraw as counsel for Defendant (Dkt. No. 30) is **GRANTED**.

2. This matter is stayed until November 12, 2024, for Defendant to find new counsel.

3. If Twisted Mechanical LLC does not identify new counsel on or before November 12, 2024, the Court will issue an order to show cause as to why it should not recommend that judgment be entered against Twisted Mechanical LLC.

4. Attorney Bryan Morben shall provide a copy of this Order to Defendant in this matter.

Dated: August 16, 2024

      ___s/David T. Schultz_____
      DAVID T. SCHULTZ
      U.S. Magistrate Judge